AO (Rev. 5/85) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UN-SEALED

UNITED STATES OF AMERICA

vs.

JONATHAN ADLETA

**CRIMINAL COMPLAINT**

CASE NUMBER: 6:13-mj- 1167

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. As early as in or about December 2012 and continuing through in or about January 2013, in Seminole and Orange Counties, in the Middle District of Florida, and elsewhere, the defendant knowingly caused, aided and abetted the interstate transportation of a minor who had not attained the age of 18 years with intent that the minor engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2423(a) and 2. I further state that I am a Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Rodney J. Hyre

Sworn to before me and subscribed in my presence,

March 28, 2013                    at           Orlando, Florida

Thomas B. Smith
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer


UN-SEALED

**STATE OF FLORIDA**

**COUNTY OF SEMINOLE**

CASE NO. 6:13-mj-1167

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Rod Hyre, being duly sworn, do hereby depose and state as follows:

1. For the past eleven years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I currently serve as the coordinator for the FBI Crimes Against Children/Innocent Images Unit in Orlando, Florida.

2. Since joining the FBI, I have investigated violations of federal law, to include federal violations concerning child pornography and the sexual exploitation of children. I have gained experience through training in classes and work related to conducting these types of investigations. I have also received specialized training in the investigation of sex crimes against children.

3. This affidavit is submitted in support of an application for the issuance of an arrest warrant for JONATHAN ADLETA. As set forth in more detail below, I have probable cause to believe that at least as early as in or about December 2012, and continuing through in or about January 2013 in Seminole and Orange Counties, Florida and elsewhere, JONATHAN ADLETA knowingly caused, aided and abetted the interstate transportation of a minor who had not attained the age of 18 years with intent that the minor engage in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. §§ 2423(a) and 2.

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law

enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking an arrest warrant, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 2423(a) prohibits a person from knowingly transporting an individual who has not attained the age of 18 years in interstate or foreign commerce with intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense. Title 21, Okla. Stat. Section 1123(A)(2), prohibits a person from knowingly and intentionally sexually molesting a child under the age of 16 years, and Title 21, Okla. Stat. Section 843.5(D) prohibits a parent from willfully sexually abusing a child under the age of 12 years.

## DETAILS OF THE INVESTIGATION

6. On March 14, 2013, the Federal Bureau of Investigation (FBI) received information that Sarah Jayne Adleta may have sent images of herself and her two-year old (V2) and four-year old (V1) children to Aaron Dixon, who lived in North Carolina. Dixon recently had been arrested for engaging in sexual activity with his four year-old daughter.

7. On March 15, 2013, FBI agents contacted Sarah Adleta at her home, located in Seminole County, Florida. Sarah Adleta admitted that she knew Dixon and had been in contact with him via telephone and the internet as recently as early March, 2013.

2

8. Sarah Adleta stated that approximately one year ago she began to take naked pictures of the then three year-old V1 and sent them to Dixon. Sarah Adleta admitted to sending approximately ten naked images of V1 to Dixon via either her Yahoo e-mail account or with her cellular phone. Sarah Adleta also admitted to performing sex acts with V1 while sending live transmissions of the abuse using Skype. Skype is a voice-over internet protocol service and software application that enables users to send instant messages and communicate with peers by voice using a microphone and video by using a web cam over the internet. Sarah Adleta also admitted to molesting the then one year-old V2 and transmitting images of the abuse to Dixon.

9. On March 15, 2013, Sarah Adleta was arrested and charged with the production, distribution and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a) and 2252A.

10. During a subsequent interview, Sarah Adleta stated the biological father of V1 and V2 was JONATHAN ADLETA. Sarah Adleta stated that she began dating JONATHAN ADLETA in approximately 2007, and knew that he was addicted to pornography and child pornography. She said that she saw him viewing child pornography on his computer as early as 2007. Sarah Adleta and JONATHAN ADLETA were married in June 2010 and divorced in December 2011.

11. According to Sarah Adleta, in approximately 2011, JONATHAN ADLETA was in the United States Marines and deployed to Afghanistan. During this time, he asked Sarah Adleta to join a website, pay for videos of child pornography and send the videos to him. Sarah Adleta stated that this site cost $50.00 per month. Sarah Adleta

3

described one of the videos that she purchased from this site as follows: A video of approximately ten year-old girls who were naked in the shower masturbating with the shower head. At JONATHAN ADLETA's direction, Sarah Adleta downloaded child pornography videos from this website onto a thumb drive and mailed it to him while he was overseas on deployment. Sarah Adleta said that most of the child pornography was of very young girls approximately five years of age.

12. Sarah Adleta stated that in the fall of 2011, JONATHAN ADLETA told her that when he returned from his overseas deployment, he would like to engage in sexual activity with the then two year-old V1. He further stated that he wanted the family to become nudists when he returned from deployment. JONATHAN ADLETA told Sarah Adleta that he wanted to see her have sexual intercourse with the then one year-old V2, when V2 got a little older. JONATHAN ADLETA stated that he had fantasies of father – daughter sex and wanted to realize this with V1. Sarah Adleta stated that she went along with this and did not object.

13. Sarah Adleta told JONATHAN ADLETA about the sex acts she had committed with V1 and V2 and the child pornography images of V1 which she had produced for Dixon. Sarah Adleta told JONATHAN ADLETA that she performed oral sex on both V1 and V2 and digitally penetrated V1's vagina.

14. During a consensual search of Sarah Adleta's e-mail account, agents located three images of child pornography depicting V1. The first picture shows the child lying on her back with her legs spread apart and the child's vagina is clearly visible. The second picture shows the child lying on her back with her legs spread apart and the child's

4

vagina is clearly visible. The third picture shows both Adleta and V1 naked. Adleta is inserting her tongue into the child's mouth, and the child's naked vagina is visible in the image. Adleta admitted to producing each image and distributing them to Dixon. At least two of these images were e-mailed to Dixon on or about November 15, 2012. Adleta also admitted to distributing some or all of the images to JONATHAN ADLETA in about 2012 via text and/or e-mail.

15. Sarah Adleta said that she traveled with V1 and V2 from Orlando, Florida to JONATHAN ADLETA'S home in Oklahoma on or about December 23, 2012 and returned back to Orlando on or about January 3, 2013. JONATHAN ADLETA had arranged and paid for the plane tickets. According to Sarah Adleta, before the travel, she and JONATHAN ADLETA had discussed JONATHAN ADLETA's plans to engage in sex acts with V1 upon their arrival in Oklahoma and she agreed to the conduct.

16. Sarah Adleta stated that on or about December 26, 2012, while at JONATHAN ADLETA's home in Oklahoma, JONATHAN ADLETA called her into the bedroom and she saw JONATHAN ADLETA masturbating while standing next to the bed where V1 was lying naked. Sarah Adleta saw JONATHAN ADLETA ejaculate onto V1's chest. Sarah Adleta stated that V1 became upset. JONATHAN ADLETA also told Sarah Adleta that he had put his penis in V1's mouth while he took a shower with her, shortly after she and V1 had arrived at JONATHAN ADLETA'S home in Oklahoma.

17. Agents have located an e-mail in Sarah Adleta's e-mail account from priceline.com confirming the purchase of airline tickets for her and V1 from Orlando, Florida to Tulsa, Oklahoma on December 23, 2012 and returning to Orlando, Florida on

5

January 2, 2011 at 11:55 p.m.

18.   In addition, agents have located on Sarah Adleta's cell phone text messages between Sarah Adleta and JONATHAN ADLETA in which they discussed the sexual abuse of V1.  In a text dated January 24, 2013, in which JONATHAN ADLETA was discussing when V2 and V1 would lose their virginity, JONATHAN ADLETA wrote, "Maybe12....haha don't know about her (V1), ha when she gonna 'sit' on me?:P"  Sarah Adleta responded, "Ha well if she is anything like how I am about sex I think it will be earlier then normal, ha whenever you see them again."  To this JONATHAN ADLETA replied, "I ment when is she gonna stick mine in her when I said "sit"...you like seeing me cum on her?"

19.   Later, in a text message dated February 12, 2013, JONATHAN ADLETA said, "So what you want to see (V1's first name) play?"  Sarah Adleta responded, "Your cock and my pussy haha."  JONATHAN ADLETA replied, "Oh so you want her to make my cock play with your pussy?"  JONATHAN ADLETA later stated via text, "Her (V1) with cum anywhere on her would be so so hot."  "More than she does now?  You having someone cum on her."  Sarah Adleta responded, "No I was referring to her with you the last time remember she freaked out."  JONATHAN ADLETA replied, "Yea she kinda did...maybe you should get someone to cum on her."  Sarah Adleta replied, "what your thoughts of her playing with a small dildo now?"  JONATHAN ADLETA replied, "that's fine, ha just take pics :p"  JONATHAN ADLETA then suggested that Sarah Adleta should get either her father, or the person she was currently dating, to sexually abuse V1. Sarah Adleta replied that these individuals were not sexually interested in children and

6

JONATHAN ADLETA replied, "Haha ok.  But the bigger thing is seeing her do anything, which is really hot.  Ha I'm sure you could find someone easy though if you really wanted."  JONATHAN ADLETA then stated via text, "Besides don't you want to see her explore with other people, besides I'm sure other people have way more cum than me."

20. Sarah Adleta stated that JONATHAN ADLETA and she engaged in numerous live-video and instant messaging interactions utilizing Skype.  Sarah Adleta said that these Skype sessions often included conversations about the sexual assault of V1 and that they occurred as recently as February 2013.

21. Agents have located Skype instant messages between Sarah Adleta and JONATHAN ADLETA on Sarah Adleta's computer in which they discuss the sexual abuse of V1.  In a Skype conversation dated March 5, 2013, Sarah Adleta stated, "He (Dixon) wants me to do stuff with V1."  JONATHAN ADLETA replied, "on skype for him?"  Sarah Adleta. responded, "yes."  JONATHAN ADLETA then said, "r u?"  Sarah Adleta said, "yea alittle."  JONATHAN ADLETA replied, "what have you done?"  Sarah Adleta said, "just givwn her oral i won't do anything more then that she practically begs for it only done it a few times but she loves iit."  JONATHAN ADLETA replies, "bet he loves it too."  Sarah Adleta said, "he says it is real hot."  JONATHAN ADELTA replied, "so the question is, when are you gonna have her suck on a cock?"  Sarah Adelta said, "I don't do anything unless she wants it.  humm well when its the right guy and right time."  JONATHAN ADLETA said, "oh."  Sarah Adleta said, "he is the only one i consider besides you."  JONATHAN ADLETA then said, "id like to see that."  Later during the same conversation, Sarah Adleta told JONATHAN ADLETA that she was considering

7

taking V1 to meet Dixon in North Carolina, and JONATHAN ADLETA stated, "well if you do, you got to record it."

## CONCLUSION

22. Based on the above, I believe there is probable cause that at least as early as in or about December 2012, and continuing through in or about January 2013 in Seminole and Orange Counties, Florida and elsewhere, JONATHAN ADLETA knowingly caused, aided and abetted the interstate transportation of a minor who had not attained the age of 18 years with intent that the minor engage in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. §§ 2423(a) and 2.

SA Rod Hyre
Federal Bureau of Investigation

Sworn and subscribed
before me this 28 day of March, 2013.

United States Magistrate Judge
Thomas B. Smith

8