UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:13-cr-94-ORL-22GJK

JONATHAN DANIEL ADLETA

**GOVERNMENT'S UNOPPOSED MOTION TO TRANSFER CASE**

The United States of America, by and through the undersigned Assistant
United States Attorney, hereby files its motion to transfer this case to the
Honorable Roy B. Dalton, United States District Judge, United States District
Court for the Middle District of Florida, who is currently presiding over United
States v. Sarah Jayne Adleta, Case No. 6:13-cr-74-Orl-37GJK.  In support of the
motion, the United States submits the following:

1.      On April 11, 2013, a federal grand jury returned an Indictment,
charging Sarah Jayne Adleta with two counts of production of child pornography,
in violation of 18 U.S.C. § 2251(a).  See United States v. Sarah Jayne Adleta,
Case No. 6:13-cr-74-Orl-37GJK.

2.      On April 24, 2013, a federal grand jury returned an Indictment,
charging Jonathan Adleta with transporting a minor with intent to engage in
criminal activity, in violation of 18 U.S.C. § Section 2423(a).

3.      On May 1, 2013, the United States filed its Notice of Pendency of
Other Actions in the instant case, and, pursuant to Local Rule 1.04, provided
notice that the instant case was related to United States v. Sarah Jayne Adleta,

Case No. 6:13-cr-74-Orl-37GJK.

4.      On May 30, 2013, Sarah Jayne Adleta pled guilty to two counts of production of child pornography, in violation of 18 U.S.C. § 2251(a).

5.      Jonathan Adleta is currently set for trial for the August trial term before the Honorable Anne C. Conway, Chief Judge, United States District Court for the Middle District of Florida.

6.      Sarah Jayne Adleta is currently scheduled for sentencing before the Honorable Roy B. Dalton, District Judge, United States District Court for the Middle District of Florida, on October 7, 2013.

7.      Local Rule 1.04(b) provides that "if cases assigned to different judges are related because of either a common question of fact or any other prospective duplication in the prosecution or resolution of the cases, a party may move to transfer any related cases to the judge assigned to the first-filed among the related cases."

8.      Here, the cases are related because the minor victims are the same, and the United States intends to call Sarah Jayne Adleta as a fact witness in the above-captioned case.  A transfer of the instant case to the Honorable Roy B. Dalton will avoid the prospective duplication in the prosecution or resolution of the cases, and will facilitate sentencing.

9.      The United States has conferred with opposing counsel and he does not oppose the motion.

WHEREFORE, the United States respectfully requests the Court to grant the motion.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
USA No. 025
400 West Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:   karen.gable@usdoj.gov

**U.S. v. JONATHAN DANIEL ADLETA**          **Case No. 6:13-cr-94-Orl-22GJK**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2013, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Matthew Ryan Bark, Esq.

> *s/ Karen L. Gable*
> Karen L. Gable
> Assistant United States Attorney
> USA No. 025
> 400 West Washington Street, Suite 3100
> Orlando, Florida  32801
> Telephone:   (407) 648-7500
> Facsimile:     (407) 648-7643
> E-mail:   karen.gable@usdoj.gov

4