FILED

2013 AUG 28 PM 2:00

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JONATHAN DANIEL ADLETA

CASE NO. 6:13-cr-94-Orl-37GJK
18 U.S.C. §§ 2423(a),(e)
18 U.S.C. § 2428 - Forfeiture

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the grand jury, but at least as early as in or about November, 2012 and continuing to in or about March, 2013 in Orange and Seminole Counties, Florida, in the Middle District of Florida, and elsewhere,

**JONATHAN DANIEL ADLETA**

the defendant herein, did knowingly combine, conspire, and agree with others known to the Grand Jury, to knowingly transport Minor Victim 1, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor Victim 1 engage in any sexual activity for which any person can be charged with a criminal offense, that is, Lewd Acts on a Child, a violation of Okla. Stat. Tit. 21, § 1123A , Child Sexual Abuse, a violation of Okla. Stat., Tit. 21, § 843.5E, Lewd or Lascivious Offenses, a violation of Fla. Stat. § 800.04, and Sexual Battery, a violation of Fla. Stat. § 794.011, in violation of Title 18, United States Code, Section 2423(a).

All in violation of Title 18, United States Code, Section 2423(e).

## COUNT TWO

On or about December 23, 2012, in Seminole and Orange Counties, Florida, in the Middle District of Florida, and elsewhere,

### JONATHAN DANIEL ADLETA

the defendant herein, did knowingly transport and cause to be transported Minor Victim 1, an individual who had not attained the age of 18 years, in interstate commerce, that is from Florida to Oklahoma, with intent that Minor Victim 1 engage in any sexual activity for which any person can be charged with a criminal offense, that is, Lewd Acts on a Child, a violation of Okla. Stat. Tit. 21, § 1123A, and Child Sexual Abuse, a violation of Okla. Stat., Tit. 21, § 843.5E.

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purposes of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2423, the defendant, JONATHAN DANIEL ADLETA, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney

By: _____
W. Stephen Muldrow
Assistant United States Attorney
First Assistant United States Attorney

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JONATHAN DANIEL ADLETA

**INDICTMENT**

Violations:

18 U.S.C. §§ 2423(a), (e)

A true bill,

_____
Foreperson

Filed in open court this 28th day

of August, 2013.

_____
Clerk

Bail  $_____

GPO 863 525