FILED

UNITED STATES DISTRICT COURT 2013 AUG 28 PM 2:00
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO.  6:13-cr-94-Orl-37GJK
                                         18 U.S.C. §§ 2423(a),(e)
JONATHAN DANIEL ADLETA

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the grand jury, but at least as early as in or about November, 2012 and continuing to in or about March, 2013 in Orange and Seminole Counties, Florida, in the Middle District of Florida, and elsewhere,

**JONATHAN DANIEL ADLETA**

the defendant herein, did knowingly combine, conspire, and agree with others known to the Grand Jury, to knowingly transport Minor Victim 1, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor Victim 1 engage in any sexual activity for which any person can be charged with a criminal offense, that is, Lewd Acts on a Child, a violation of Okla. Stat. Tit. 21, § 1123A , Child Sexual Abuse, a violation of Okla. Stat., Tit. 21, § 843.5E, Lewd or Lascivious Offenses, a violation of Fla. Stat. § 800.04, and Sexual Battery, a violation of Fla. Stat. § 794.011, in violation of Title 18, United States Code, Section 2423(a).

All in violation of Title 18, United States Code, Section 2423(e).

## COUNT TWO

On or about December 23, 2012, in Seminole and Orange Counties, Florida, in the Middle District of Florida, and elsewhere,

### JONATHAN DANIEL ADLETA

the defendant herein, did knowingly transport and cause to be transported Minor Victim 1, an individual who had not attained the age of 18 years, in interstate commerce, that is from Florida to Oklahoma, with intent that Minor Victim 1 engage in any sexual activity for which any person can be charged with a criminal offense, that is, Lewd Acts on a Child, a violation of Okla. Stat. Tit. 21, § 1123A, and Child Sexual Abuse, a violation of Okla. Stat., Tit. 21, § 843.5E.

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

Code, Section 2461(c).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney

By: _____
W. Stephen Muldrow
Assistant United States Attorney
First Assistant United States Attorney

3