UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, __
    Government X

v.                                             Case No. 6:13-cr-94-Orl-37GJK

JONATHAN DANIEL ADLETA          __ Evidentiary
                                                 X  Trial
                                                 __ Other

    Defendant   __

| | | EXHIBIT LIST | | | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
| 1 | 9-11-13 | 9-11-13 | Ian Buchanan | | Green Journal |
| 1a | | | Ian Buchanan | | Green Journal excerpts (231-253) |
| 2 | 9-11-13 | 9-11-13 | Sarah Adleta Debra Healy | | Skype chat log, 10/1/12 (0170-0172) |
| 3 | 9-11-13 | 9-11-13 | Sarah Adleta Debra Healy | | Text message log, 1/24/13 (0208-0210) |
| 4 | 9-11-13 | 9-11-13 | Sarah Adleta Debra Healy | | Text message log, 2/12/13 (0173 - 0176) |
| 5 | 9-11-13 | 9-11-13 | Sarah Adleta Debra Healy | | Skype chat log, 2/13/13 (0211-0215) |
| 6 | 9-11-13 | 9-11-13 | Sarah Adleta Debra Healy | | Skype chat log, 3/5/13 (0177-0180) |
| 7 | 9-11-13 | 9-11-13 | Diane Mathis | | Cardholder list, USAA (0181) |
| 8 | 9-11-13 | 9-11-13 | Diane Mathis | | Checking Account Statement, 12/6/12 (0182-0188) |
| 9 | 9-11-13 | 9-11-13 | Sherry Wentz | | American Airlines records (0189-0195) |
| 10 | 9-11-13 | 9-11-13 | Sarah Adleta Debra Healy | | Photograph, Sarah Adleta and children (0196) |
| 11 | 9-11-13 | 9-11-13 | Sarah Adleta Debra Healy | | Photograph, Samantha Bryant and children (0197) |

| \ | EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
| 12 | 9-11-13 | 9-11-13 | Sarah Adleta<br>Debra Healy | | Photograph, Sarah Adleta and V2, V_89D9.jpg (sealed - child pornography) (0201) |
| 13 | 9-11-13 | 9-11-13 | Debra Healy<br>Samantha Bryant<br>Sarah Adleta | | Photograph, Jonathan Adleta and V3 (sealed - child pornography) (0202-0203) |
| 14 | 9-11-13 | 9-11-13 | Debra Healy | | Photograph, -00(7).jpg (sealed - child pornography)(0205) |
| 15 | 9-11-13 | 9-11-13 | Debra Healy | | Photograph, 0861.jpg (sealed - child pornography)(0205) |
| 16 | 9-11-13 | 9-11-13 | Samantha Bryant<br>Sarah Adleta | | Photograph, Jonathan Adleta and V3, erase 004.jpg (sealed - child pornography)(0206) |
| 17 | 9-11-13 | 9-11-13 | Samantha Bryant<br>Sarah Adleta | | Photograph, Jonathan Adleta and V3, erase 005.jpg (sealed - child pornography)(0207) |
| 18 | 9-11-13 | 9-11-13 | Samantha Bryant | | E-mail to Jonathan Adleta, dated 11/10/12 (0198-0199) |
| 19 | 9-11-13 | 9-11-13 | Debra Healy<br>Sarah Adleta | | Toshiba Laptop Computer and Hitachi Hard Drive |
| 20 | 9-11-13 | 9-11-13 | Debra Healy<br>Sarah Adleta | | Apple iPhone 5 |
| 21 | 9-11-13 | 9-11-13 | Ian Buchanan<br>Debra Healy | | Western Digital External Hard Drive |
| 22 | 9-11-13 | 9-11-13 | Ian Buchanan<br>Debra Healy | | Sony Vaio Laptop Computer and Samsung Hard Drive |
| 23 | 9-11-13 | 9-11-13 | Ian Buchanan<br>Debra Healy | | Simple Tech Hard Drive case and Western Digital Hard Drive |
| 24 | | | Rod Hyre<br>Sarah Adleta | | E-mail, dated 1/9/13 (0200) |
| 25 | 9-11-13 | 9-11-13 | Ian Buchanan<br>Debra Healy | | Casio Camera |
| 26 | 9-11-13 | 9-11-13 | Sarah Adleta | | Text Messages |
| 27 | 9-11-13 | 9-11-13 | Sarah Adleta | | Text Messages |